# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2007

135144 & (18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HONIGMAN, MILLER, SCHWARTZ & COHN,
L.L.P.,
          Plaintiff/Counter-Defendant-Appellee,

v

SC: 135144
COA: 281189
Oakland CC: 2006-072981-CK

TEISHA TANN COGAN,
          Defendant/Counter-Plaintiff/Third-
          Party Plaintiff/Counter-
          Defendant-Appellant,

v

JOSEPH AVIV, MIRIAM WOLOCK, and
THOMAS FRAZEE,
          Third-Party Defendants-Appellees,
and

UHY ADVISORS MI, INC.,
          Third-Party Defendant/Counter-
          Plaintiff-Appellee,
and

MORGANROTH AND MORGANROTH, P.L.L.C.,
          Appellee.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 25, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2007

t1106

Clerk